No. 842. PARKFORD *v.* COMMISSIONER OF INTERNAL REVENUE. May 3, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit de-

nied. *Mrs. Ruth Naus* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Carlton Fox* for respondent.